In the Matter of EMILIA MICHAELS, Respondent, to Compel MATILDA RUPPERT to Render and Settle Her Account as Administratrix of LOUIS L. RUPPERT, Deceased. MATILDA RUPPERT, Appellant.—

The testimony of respondent's daughter as to the agreement and the services rendered by respondent as housekeeper for deceased, although that of a person having a moral interest in the result, was nevertheless corroborated by decedent's acknowledgment of the debt, contained in the book kept by the witness at decedent's request, and the burden of proving nonpayment was not on the respondent. (*Lerche* v. *Brasher,* 104 N. Y. 157; *Matter of Barry,* 250 App. Div. 814.) Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

THOMAS B. PAPAS, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant. (Action No. 2.)

The judgment herein rests on the judgment obtained by the plaintiff in *Papas* v. *Equitable Life Assurance Society of the United States (No. 1).* That judgment has been reversed by this court (*ante,* p. 128, decided herewith), therefore this judgment must be reversed on the authority of that determination. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD ASERO, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALMA GILSON, Appellant.—

No opinion.
Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.